```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/25/07
```




RECEIVED
OCT 11 2007
CHAMBERS OF
RICHARD J. HOLWELL

THE CITY OF NEW YORK

# LAW DEPARTMENT

MICHAEL A. CARDOZO
*Corporation Counsel*

100 CHURCH STREET
NEW YORK, NY 10007

Daniel J. Schneider
Phone: (212) 788-6760
Fax: (212) 788-0940
E-mail: dschneid@law.nyc.gov

October 10, 2007

Hon. Richard J. Holwell
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 0007

    Re: **MC by and through CP, et al v. NYC DOE, et al**
         Case No.: 07 Civ 8323

Dear Judge Holwell:

    I am the Assistant Corporation Counsel assigned to represent the defendants in the above referenced matter. I write to respectfully request an enlargement of defendants' time to answer the Complaint to October 29, 2007. The Summons and Complaint were served on September 24, 2007 so the time to answer is presently October 15, 2007. This is the first request for an extension and the plaintiffs' attorney has consented to this extension so that the parties may resolve the issues without further litigation.

    Thank you for your consideration of this request.

Application Granted
SO ORDERED

Respectfully yours,

*Daniel J. Schneider*
Daniel J. Schneider
Assistant Corporation Counsel

USDJ
10/24/07

cc:  Elisa Hyman, Esq.
    Friedman & Moses, LLP
    233 Broadway, Suite 901
    New York, New York 10279
    (212) 732-5800
    (212) 608-3280 (fax)