UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------- x

M.C., *et al.*,

                              Plaintiffs,

                     -against-

NEW YORK CITY DEPARTMENT OF
EDUCATION, *et al.*,

                              Defendants.

---------------------------------------------------------- x

**NOTICE OF APPEARANCE**

07 Civ. 8323 (RJH)

 

**PLEASE** enter the appearance of the undersigned as counsel of record on behalf of defendants New York City Department of Education and New York City Department of Education Chancellor Joel Klein in the above-titled action.

Dated:      New York, New York
            October 26, 2007

                              MICHAEL A. CARDOZO
                              Corporation Counsel of the City of New York
                              Attorney for Defendants
                              100 Church Street, Room 2-301
                              New York, N.Y. 10007
                              (212) 788-0908
                              Fax: (212) 788-0940
                              tgantz@law.nyc.gov

                              By: ___s/_____
                                  Toni Gantz (TG1198)
                                  Assistant Corporation Counsel

cc:    Elisa Hyman, Esq.
       Friedman & Moses LLP
       233 Broadway, Suite 901
       New York, NY 10279