



MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

TONI GANTZ
phone: (212) 788-0908
fax: (212) 788-0940
email: tgantz@law.nyc.gov

October 26, 2007

**BY FACSIMILE**
Hon. Richard J. Holwell
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1950
New York, New York 10007

    Re: M.C., et al. v. N.Y. City Dep't of Ed., 07 Civ. 8323

Dear Judge Holwell:

    I am the Assistant Corporation Counsel newly assigned to represent the defendants in the above-referenced matter. I write to respectfully request that defendants' time to respond to the Complaint be extended from October 29, 2007 to November 13, 2007. Plaintiffs' counsel has kindly consented to this request. Defendants have requested one prior extension, from the original response date of October 15, 2007 to the current response date, which Your Honor granted.

    The additional time is necessary to permit the parties to work towards a resolution of the case. Thank you for your consideration of this request.

*Application granted*
*So ORDERED*

Respectfully submitted,

Toni Gantz
Assistant Corporation Counsel

USDJ
10/28/07

cc: Elisa Hyman, Esq.
    (via facsimile)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/30/07

OCT 29