

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/16/07



MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

TONI GANTZ
phone: (212) 788-0908
fax: (212) 788-0940
email: tgantz@law.nyc.gov

November 9, 2007

**BY FACSIMILE**
Hon. Richard J. Holwell
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1950
New York, New York 10007

Re: M.C., *et al.* v. N.Y. City Dep't of Ed., 07 Civ. 8323

Dear Judge Holwell:

I am the Assistant Corporation Counsel assigned to represent the defendants in the above-referenced matter. I write to respectfully request a three-week extension of the response date, from November 13, 2007 to December 4, 2007. Plaintiffs' counsel has kindly consented to this request. Defendants have requested two prior extensions, which Your Honor granted.

The additional time is necessary because the parties have been working towards settlement and believe they can reach an agreement on all or some of plaintiffs' claims within the next few weeks. Thank you for your consideration of this request.

*Application Granted.*
*No further extensions.*

*SO ORDERED*

Respectfully submitted,

Toni Gantz
Assistant Corporation Counsel

USDJ
11/13/07

cc: Elisa Hyman, Esq.
(via facsimile)