



**MICHAEL A. CARDOZO**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**TONI GANTZ**
phone: (212) 788-0908
fax: (212) 788-0940
email: tgantz@law.nyc.gov

December 3, 2007

**BY FACSIMILE**
Hon. Richard J. Holwell
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1950
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/5/07

Re:  M.C., *et al.* v. N.Y. City Dep't of Ed., 07 Civ. 8323

Dear Judge Holwell:

I am the Assistant Corporation Counsel assigned to represent the defendants in the above-referenced matter. I write to update the Court about the status of this case, and respectfully request another extension of the response date, from December 4, 2007 to December 31, 2007. Plaintiffs' counsel has kindly consented to this request. The parties also jointly request adjournment of the initial conference currently scheduled for December 14, 2007. Defendants have requested three prior extensions, which Your Honor granted.

The parties are actively working towards settlement of this case and have reached agreement on a substantial portion of plaintiffs' claims. They are still negotiating as to the remaining claims, and hope that they will be able to reach agreement by the end of the month.

Thank you for your consideration of this request.

Respectfully submitted,

Toni Gantz
Assistant Corporation Counsel



Application Granted. Defendant's time to respond is extended until December 31, 2007. No further extensions. The Dec. 14 conference is adjourned until January 4, 2000 at 11:00am.

SO ORDERED.
Date: 12/4/07

Richard J. Holwell, U.S.D.J.

cc:    Elisa Hyman, Esq.
       (via facsimile)