UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MC by and through his mother CP, AC by and through her mother, LP, IA by and through his father PA,

                           Plaintiffs,

vs.

NEW YORK CITY DEPARTMENT OF EDUCATION; NEW YORK CITY BOARD OF EDUCATION; JOEL KLEIN, in his official capacity as Chancellor of the New York City School District,

                           Defendants.

STIPULATION OF DISMISSAL

07 Civ. 8323 (RJH)

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that:

All claims raised in the above-captioned action by Plaintiffs CP and MC by and through his mother CP are hereby voluntarily discontinued, with prejudice and without costs to either party as against the other.

Dated:       December 19, 2007
                  New York, New York

MICHAEL A. CARDOZO
Corporation Counsel of the City of New York
Attorney for Defendants
100 Church Street, Room 2-301
New York, N.Y. 10007
(212) 788-0908
Fax: (212) 788-0940
tgantz@law.nyc.gov

By: _____
    Toni Gantz (TG1198)
    Assistant Corporation Counsel

FRIEDMAN & MOSES LLP
233 Broadway, Suite 901
New York, NY 10279
(212) 732-5800
Fax: (212) 608-3280
elisahyman@gmail.com

By: _____
    Elisa Hyman (EH4709), Of counsel