# Friedman & Moses, LLP
## Attorneys at Law

Mitchell R. Friedman
I. Bryce Moses
Steven B. Dorfman
Jeannie I. Rivera
Alicia J. Abelli

*Of counsel.*
Elisa Hyman
Gina Hatami

233 Broadway, Suite 901
New York, NY 10279
Ph. 212-732-5800
Fax 212-608-3280

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/8/08

JAN - 2 2008

January 2, 2008

Via Telefax: 212-805-7948
Hon. Richard J. Holwell, U.S.D.J.
United States District Court
500 Pearl Street
New York, N.Y. 10007

> Re:  M.C., et al. v. New York City Department of Education
> 07 CV 8323

Dear Judge Holwell:

I am writing to advise the Court of the status of the current matter as the initial conference is currently scheduled for January 4, 2007 at 11am.

Since we last appeared before Your Honor, the parties have settled the claims of CP and her son, MC, and those claims were withdrawn last week pursuant to a settlement agreement. The parties have also been negotiating the settlement of the claims of PA and his son, IA, and are also discussing a resolution of how to proceed concerning LP. We continue to be optimistic about our ability to resolve the claims raised in this case. Moreover, as you are aware, Defendants filed their answer on December 31, 2007. Due to the holiday, however, Plaintiffs have not yet had time to review the answer.

In light of the above, Plaintiffs respectfully request that the conference currently scheduled for Friday be adjourned, so that the parties can continue their settlement discussions and have some additional time to meet to develop a scheduling order if it appears that the case is going forward on behalf of either family. Defendants' counsel

has consented to this request for an adjournment.

Respectfully,

*[signature]*

Elisa Hyman, Esq. (EH 4709)

cc: Toni Gantz, Assistant Corporation Counsel

Conference adjourned
to 3/14/08
at 11:00

SO ORDERED

*[signature]*

USDJ

1/7/08

# facsimile transmittal

| | | | |
|---|---|---|---|
| **To:** | **Judge Richard Holwell** | Fax: | **212-805-7948** |
| From: | **Elisa Hyman** | Date: | **1/2/2008** |
| Re: | **M.C., et al. v. New York City Department of Education, 07 CV 8323** | Pages: | |
| Cc: | **Toni Gantz, via email** | | |

JAN - 2 2008

☐ Urgent      X For review      ☐ Please comment      ☐ Please reply      ☐ Please recycle

Please see attached second transmission. We received an error message on the first transmission and are re-sending with a correction of the date on the initial letter.